# E-filing



FILED
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Raymond Crowther

    Plaintiff,

vs.

Superior Court of California
County of San Mateo Defendant.
Et c al ,,.

CV no. 08 1981

CW (PR)

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

    I, Raymond Crowther, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____I Last work In 2002_____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or                Yes ___ No ✓
10          self employment
11     b.   Income from stocks, bonds,             Yes ___ No ✓
12          or royalties?
13     c.   Rent payments?                         Yes ___ No ✓
14     d.   Pensions, annuities, or                Yes ___ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments,     Yes ✓ No ___
17          Social Security or other govern-
18          ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.   Are you married?                           Yes ___ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.   a.   List amount you contribute to your spouse's support:$ _____

APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5  _____
6  _____
7  5.    Do you own or are you buying a home?    Yes ____ No __✓__
8  Estimated Market Value: $_____ Amount of Mortgage: $ _0.00_____
9  6.    Do you own an automobile?    Yes ____ No __✓__
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _0.00_____
12 Monthly Payment: $ _0.00_____
13 7.    Do you have a bank account? Yes ____ No __✓__ (Do **not** include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _0.00_____
17 Do you own any cash? Yes ____ No __✓__ Amount: $ _0.00_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)    Yes ____ No __✓__
20 _____
21 8.    What are your monthly expenses?
22 Rent: $ _0.00_____ Utilities: _____
23 Food: $ _0.00_____ Clothing: _____
24 Charge Accounts:
25 **Name of Account**    **Monthly Payment**    **Total Owed on This Acct.**
26 _____    $ _0.00_____    $ _0.00_____
27 _____    $ _0.00_____    $ _0.00_____
28 _____    $ _0.00_____    $ _0.00_____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4-9th-2008                    /s/ Ray Crow
DATE                           SIGNATURE OF APPLICANT

AttN: Note
See The Attach Exhibit - C -
                              2 pages
Complaint Has Sough Coppie of His
Trust Account But Trust office Did Not
Send