FILED
APR 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Raymond Crowther

　　　　　　　　　　Plaintiff,

vs.

Superior Court of California
County of San Mateo Defendant.
Etc...

CV 08 1981

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

CW
(PR)

I, Raymond Crowther, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____In 2003_____
5  _____$ 11.70 per Hrs_____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.   Business, Profession or                                 Yes ___ No ✓
10            self employment
11       b.   Income from stocks, bonds,                              Yes ___ No ✓
12            or royalties?
13       c.   Rent payments?                                          Yes ___ No ✓
14       d.   Pensions, annuities, or                                 Yes ___ No ✓
15            life insurance payments?
16       e.   Federal or State welfare payments,                      Yes ✓ No ___
17            Social Security or other govern-
18            ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                                             Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ 0 _____ Net $ 0 _____
28  4.    a.   List amount you contribute to your spouse's support:$ 0 _____

- 2 -

PRIS. APP. TO PROC. IN FORMA PAUPERIS

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?   Yes ____   No ✓

Estimated Market Value: $ 0 _____   Amount of Mortgage: $ 0 _____

6.  Do you own an automobile?   Yes ____   No ✓

Make _____   Year _____   Model _____

Is it financed? Yes ____   No _____   If so, Total due: $ 0 _____

Monthly Payment: $ 0 _____

7.  Do you have a bank account?   Yes ____   No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ 0 _____

Do you own any cash?   Yes ____   No ✓   Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____   No ✓

_____

8.  What are your monthly expenses?

Rent: $ 0 _____   Utilities: _____

Food: $ 0 _____   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ 0 | $ 0 |
| _____ | $ 0 | $ 0 |
| _____ | $ 0 | $ 0 |

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____ No _____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___ No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  4-20-2008                              [signature]
17       DATE                              SIGNATURE OF APPLICANT

```
REPORT ID: TS3030   .701                                    REPORT DATE: 04/03/08
                                                            PAGE NO:            1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SAN QUENTIN PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: DEC. 31, 2007 THRU APR. 03, 2008

ACCOUNT NUMBER : V79553                        BED/CELL NUMBER: G 0000000000046
ACCOUNT NAME   : CROWTHER, RAYMOND                ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                          TRUST ACCOUNT ACTIVITY

              << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          CURRENT HOLDS IN EFFECT
  DATE       HOLD
  PLACED     CODE       DESCRIPTION              COMMENT         HOLD AMOUNT
  12/21/2007 H106   UNITED PARCEL SERVICE HOLD   2499 POST              4.46

                          TRUST ACCOUNT SUMMARY
 BEGINNING    TOTAL       TOTAL       CURRENT      HOLDS       TRANSACTIONS
  BALANCE    DEPOSITS  WITHDRAWALS    BALANCE     BALANCE      TO BE POSTED
    0.00       0.00        0.00         0.00        4.46            0.00

                                                            CURRENT
                                                           AVAILABLE
                                                            BALANCE
                                                             4.46-
```

Attn: Please See The Attach

Last Two Pages For Information Regarding Trust Account Certificate

United State District Court

Case # CV-08-1981 CW

PR

Dated 4-20-2008   Sign. X Ray Crowther

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | _____ | 1. _____ | _____ |
| 2. | _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Raymond Crowther   NUMBER: V79553   ASSIGNMENT: Reception Center   UNIT/ROOM NUMBER: Gym 46

**A. Describe Problem:** I must Have The Attach Certificate of my Trust Account Stamp and sign As soon As Possible Please. I Tryed To Get This Done But For some Reason I Can't. I Have A Dead Line To meet With the U.S. District Court. my U.S. District Court Case # CV-08-1981 CW(PR) I Have Also Serve Copy of This CDCR Inmate Appeal 602 Form On The U.S. District Court. See The Attach Proof of Service By Mail

If you need more space, attach one additional sheet.

**B. Action Requested:** Could I Please Have The Attach Certificate Stamp Sign and Return To me As soon As possible

Inmate/Parolee Signature: _____  Date Submitted: 4-20-2008

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: _____

_____

Staff Signature: _____  Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

Signature: _____  Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: ______ Due Date: ______

Interviewed by: ______

Staff Signature: ______ Title: ______ Date Completed: ______

Division Head Approved: Returned

Signature: ______ Title: ______ Date to Inmate: ______

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

Second Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ______ Due Date: ______

☐ See Attached Letter

Signature: ______ Date Completed: ______

Warden/Superintendent Signature: ______ Date Returned to Inmate: ______

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: ______ Date Submitted: ______

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted ☐ P. Granted ☐ Denied ☐ Other ______

☐ See Attached Letter

Date: ______

CDC 602 (12/87)

# DECLARATION OF SERVICE BY MAIL

I, __Raymond Crowther__, the undersigned, declare:
      Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

    CDC No. __V79553__    Housing __Gym 46__
    San Quentin State Prison
    San Quentin, CA 94974

On __4 20__, __2008__, I served the following document(s):
   Month/Day    Year

__California Department of Correction Form 602__

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

| Appeals Coordinator | U.S. District Court |
| San Quentin State Prison | 450 Golden Gate Ave |
| San Quentin CA 94974 | San Francisco CA 94102 |

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this __20th__ day of __April__, __2008__, at San Quentin, CA, County of Marin.

_____
Signature of declarant



Raymond Crowther
CDC # V79553
San Quentin State Prison
San Quentin CA 94974

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680