OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

**FILED**
JUL - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RETURN TO SENDER

Raymond Crowther V79553

4/29/08
R2

OAKLAND CA 946
07 JUL 2008

— CONFIDENTIAL MAIL —
This letter was opened and searched in the presence of the inmate addressee.

Delivered by : _____ Officer
Received by : _____ Inmate
Date : _____

02 1A
0004333787  JUL 07 2008
MAILED FROM ZIP CODE 94612
$00.42