IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CROWTHER,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT OF CALIFORNIA, et al.,<br><br>    Defendants. | No. C 08-01981 CW (PR)<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

   Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983.  On July 8, 2008, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with a notation that it was undeliverable.  To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

   Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address.  See L.R. 3-11(a).  The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by

1  the court has been returned to the court as not deliverable, and
2  (2) the court fails to receive within sixty days of this return a
3  written communication from the pro se party indicating a current
4  address.  See L.R. 3-11(b).
5      More than sixty days have passed since the mail directed to
6  Plaintiff by the Court was returned as undeliverable.  The Court
7  has not received a notice from Plaintiff of a new address.
8  Accordingly, the complaint is DISMISSED without prejudice pursuant
9  to Rule 3-11 of the Northern District Local Rules.
10     The Clerk of the Court shall enter judgment in accordance with
11 this Order, terminate all pending motions, and close the file.
12     IT IS SO ORDERED.

Dated:  9/18/08                     _____
                                    CLAUDIA WILKEN
                                    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND CROWTHER,

        Plaintiff,

  v.

SUPERIOR COURT OF CALIFORNIA et al,

        Defendant.
                                       /

Case Number: CV08-01981 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond Crowther V79553
San Quentin State Prison
San Quentin, CA 94974

Dated: September 18, 2008

                                     Richard W. Wieking, Clerk
                                     By: Sheilah Cahill, Deputy Clerk